IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| PAUL EZRA RHOADES, | ) | |
| | ) | Case No. CV 93-0156-S-EJL |
| Petitioner, | ) | (Bonneville County) |
| | ) | |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| A.J. ARAVE, Warden, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Before the Court in this capital habeas matter is Petitioner's motion to stay this case pending completion of state post-conviction proceedings or pending completion of state court litigation regarding DNA testing. Petitioner supports his request with an affidavit from Dr. Greg Hampikian, Ph.D., in which Dr. Hampikian concludes that serological testing conducting by the Federal Bureau of Investigation in 1987 excluded Petitioner as the contributor of the semen that was retrieved from the victim in this case. Respondent objects to staying this case.

    Petitioner's request will be denied. The DNA litigation has been pending in state court for over three years, and Petitioner has not indicated precisely when, or if, any evidence will be tested. Though the Court recognizes that the state court matters, and this matter, were recently stayed pending resolution of issues related to *Ring v. Arizona*, 536 U.S. 584 (2002), Petitioner was allowed to proceed in state court with depositions in the DNA litigation, yet he did not do so until March 2005. The Court is also concerned with

**ORDER - 1**

Petitioner's apparent delay in submitting the FBI report to his expert.

Accordingly, the Court has considered the concerns of comity, federalism, and judicial efficiency, and has concluded that a stay is not warranted.  *See Rhines v. Weber*, 125 S.Ct. 1528 (2005) (court has the discretion to issue a stay in a habeas case). In the event that Petitioner can show significant development in his state court DNA litigation, such as favorable DNA test results, or he develops additional evidence of his actual innocence in this case, the Court may revisit the matter at that time.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Petitioner's Motion to Stay (Docket No. 241) is DENIED.

DATED:  **December 29, 2005**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**ORDER - 2**