IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| PAUL EZRA RHOADES, | ) | |
| | ) | Case No. CV 93-0156-S-EJL |
| Petitioner, | ) | (Bonneville County) |
| | ) | |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| A.J. ARAVE, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Based upon the Court's Memorandum Decision and Order filed herewith, and based upon the Court's Memorandum Decision and Order Regarding Procedural Default, filed on March 21, 1997, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims have been resolved in this matter, relief shall be denied to the Petitioner, and this cause of action shall be DISMISSED with prejudice.

DATED: **March 28, 2007**

Honorable Edward J. Lodge
U. S. District Judge