UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | | |
|---|---|---|
| PAUL EZRA RHOADES, | ) | No. 07-99023 |
| | ) | |
| Petitioner-Appellant, | ) | D.C. No. CV-93-00156-S-EJL |
| | ) | District of Idaho, |
| v. | ) | Boise |
| | ) | |
| JEFF HENRY, of the IMSI, | ) | ORDER |
| Department of Corrections State of | ) | |
| Idaho,* | ) | |
| | ) | |
| Respondent-Appellee. | ) | |
| _____ | ) | |

Before: RYMER, GOULD and BYBEE, Circuit Judges.

Submission of this case is deferred as to penalty phase issues pending the decision by the Idaho Supreme Court in *Rhoades, et al., v. Idaho,* No. 35187. The parties are requested to file a notice memorandum with the Clerk of this Court as soon as a decision has been rendered in the *Rhoades* case.

---

\* Jeff Henry is substituted for his predecessor, Arvon J. Arave, Department of Corrections State of Idaho. Fed. R. App. P. 43(c)(2).